# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4269

_____

Juan Cedillo, President, United States     *
Counter-Insurgent Association of     *
Justice, Inc.,     *
    *
         Appellant,     *    Appeal from the United States
    *    District Court for the Western
      v.     *    District of Missouri.
    *
United States of America,     *         [UNPUBLISHED]
    *
         Appellee.     *

_____

Submitted:  October 6, 2000

Filed:   October 13, 2000

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
     Judges.

_____

PER CURIAM.

Juan Cedillo appeals the district court's[1] dismissal of his motion for injunctive relief.  Mr. Cedillo sought an order requiring the Immigration and Naturalization Service, among others, to cease all deportation proceedings involving various classes

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

of persons, including the immediate family members of United States citizens. We conclude that the district court properly refused to grant the relief sought, which, as the court noted, is barred by statute. <u>See</u> 8 U.S.C. § 1252(f) (regardless of nature of action or claim, or of party bringing action, no court other than Supreme Court shall have jurisdiction to enjoin "operation of provisions of Part IV of this subchapter" except as applied to individual aliens against whom proceedings have been initiated); <u>Reno v. Am.-Arab Anti-Discrimination Comm.</u>, 525 U.S. 471, 481-82 (1999) (by its plain terms, § 1252(f) prohibits federal courts from granting classwide injunctive relief against operation of 8 U.S.C. §§ 1221-1231 (dealing with detention and deportation of aliens), but specifies that ban does not apply to individual cases).

Mr. Cedillo argues that the district court's rulings in this matter (including the court's grant of the government's properly filed motions for an enlargement of time to respond to Mr. Cedillo's motion) are indicative of a conspiracy between the court and the government. We reject this argument out of hand as frivolous.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-